IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-585-DCK

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.**, a Florida Not-For-Profit Corporation, and **OWEN HARTY**, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>**SOUTHPARK MALL LIMITED PARTNERSHIP**, a North Carolina Limited Partnership,<br><br>    Defendant. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN C. BLAIR** |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Southpark Mall Limited Partnership for admission *pro hac vice* of Brian C. Blair, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Blair should be admitted *pro hac vice* as representing Defendant Southpark Mall Limited Partnership.

**IT IS THEREFORE ORDERED** that the motion is granted and that Brian C. Blair is admitted to practice before this Court *pro hac vice*.

Signed: May 28, 2009

David C. Keesler
United States Magistrate Judge