UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:08-CV-585-FDW-DCK

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHPARK MALL LIMITED PARTNERSHIP, a North Carolina Limited Partnership,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Compel" (Document No. 18) filed by the Plaintiffs on October 5, 2009. This matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having fully considered the record, the undersigned will **deny** the motion as moot because the parties filed a "Report of Settlement" on October 22, 2009, informing this Court that they have settled this case.

**IT IS, THEREFORE, ORDERED** that the "Motion to Compel" (Document No. 18) is **DENIED as moot**.

**IT IS SO ORDERED**.

Signed: October 26, 2009

David C. Keesler
United States Magistrate Judge